# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700251

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JONATHAN R. MADERO
Private First Class (E-2), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commander, U.S. Marine Corps Forces
Command, Norfolk, VA.
Staff Judge Advocate's Recommendation: Colonel Robert A. Fifer,
USMC.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 11 January 2018

_____

Before HUTCHISON, SAYEGH, and GERDING, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).



For the Court

R.H. TROIDL
Clerk of Court